Roberto Hernandez MIRANDA,
Plaintiff–Appellant,

v.

CLARK COUNTY, NEVADA;  Morgan Harris;  Thomas Rigsby, Defendants–Appellees.

No. 00–15734.

United States Court of Appeals, Ninth Circuit.

July 24, 2002.

Douglas J. McCalla, Esq., Heather Noble, Esq., Jackson, WY, JoNell Thomas, Esq., Law Office of J. Thomas, Las Vegas, NV, for Plaintiff–Appellant.

Janson F. Stewart, Office of the District Attorney, Thomas Beatty, Gloria J. Sturman, Esq., Edwards, Hale & Hansen, Ltd., Las Vegas, NV, Lance Maningo, Esq., Edwards, Hale, Sturman & Atkin, Ltd., for Defendants–Appellees.

**ORDER**

SCHROEDER, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court,[1] it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

Tony Eugene SAFFOLD, Petitioner–Appellant,

v.

Thomas L. CAREY,* Respondent–Appellee.

No. 99–15541.

United States Court of Appeals, Ninth Circuit.

July 26, 2002.

Before B. FLETCHER, CANBY, and O'SCANNLAIN, Circuit Judges.

**ORDER**

Appellant's motion for enlargement of time and recall of the mandate is GRANTED IN PART. The mandate of this court that issued on July 9, 2002, is recalled. The order filed by this court on July 8, 2002, is withdrawn and the court sua sponte grants rehearing.

The parties are instructed to file simultaneous briefs addressing the following question: What is the proper disposition to be ordered by this court on remand from the Supreme Court of the United States, in light of the Supreme Court's opinion, *Carey v. Saffold,* —— U.S. ——, 122 S.Ct. 2134, 153 L.Ed.2d 260 (2002)?

The briefs are not to exceed twenty-five (25) double-spaced pages in length, and are to be filed on or before thirty (30) days from the date of filing of this order.

---

1. Judge Rawlinson was recused.

* Thomas L. Carey is substituted for his predecessor, Anthony Newland. *See* Fed. R.App. P. 43(c)(2).